# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OKLAHOMA AGENTS ALLIANCE, LLC, an Oklahoma limited liability company, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| -vs- | ) Case No. CIV-17-1343-F<br>) |
| CHRIS TORRES, an individual, DANIEL O'NEIL, an individual, THE AFFINITIES GROUP, LLC, d/b/a TAG-THE AFFINITIES GROUP, an Oklahoma limited liability company, JOHN DOE COMPANY, a Colorado corporation, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER FOR HEARING

Before the court is Defendants' Motion to Quash and for Protective Order Regarding Subpoenas Issued to Mobile Service Providers, filed on November 20, 2018 (doc. no. 74).

The motion is set for hearing on December 14, 2018, at 4:00 p.m.

Plaintiff shall file its response to the motion not later than 3:00 p.m. on December 11, 2018.  (If the response brief exceeds 40 pages total, counsel for plaintiff shall cause a paper copy (compliant with ECF Policies & Procedures Manual, § II.A.5) of the response brief to be delivered to the chambers of the undersigned not later than 5:00 p.m. on December 11, 2018.)

No reply brief shall be filed.

**If the issues presented by the motion are resolved by agreement, counsel shall <u>immediately</u> so notify the court.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

DATED this 27th day of November, 2018.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-1343p017.docx