**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

|  |  |  |
|---|---|---|
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| Plaintiff(s), | ) | |
|  | ) | |
| v. | ) | Case No. |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| Defendant(s) | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

_____, _____.
(Plaintiff/Defendant)            (Name of Party)

    I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/_____
Signature                             Date

_____
Print Name

_____
Firm

_____
Address

_____
City                State            Zip Code

_____
Telephone         Fax Number

_____
Internet E-mail Address

*Certificate of Service*

\_\_\_\_ I hereby certify that on (date) _____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

\_\_\_\_\_ I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

ul"""""""""""""""""""""""""""""""""""""""""""""""""""""""'
s/ Attorney Name