IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   November 29, 2018

| | | |
|---|---|---|
| OKLAHOMA AGENTS ALLIANCE, LLC, an Oklahoma limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| -vs- | ) ) | Case No. CIV-17-1343-F |
| CHRIS TORRES, an individual, et al., | ) ) | |
| Defendants. | ) | |

ENTER ORDER:

At the motion hearing set for 4:00 p.m. on December 14, 2018, the court will discuss with counsel the lifting of the stay of the briefing deadlines with respect to Defendants' Motion for Order Temporarily Staying Enforcement of Eradication Plan Deadline (doc. no. 62).

By direction of Judge Stephen P. Friot, we have entered the above enter order.

Carmelita Reeder Shinn, Clerk


By:_____s/ Lori Gray_____
                    Deputy Clerk

cc:   all parties

17-1343p018.docx