# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OKLAHOMA AGENTS ALLIANCE, LLC,<br>    an Oklahoma limited liability company,<br><br>       Plaintiff/Counterclaim<br>       Defendant,<br><br>v.<br><br>CHRIS TORRES, an individual,<br>DANIEL O'NEIL, an individual,<br>THE AFFINITIES GROUP, LLC, d/b/a<br>    TAG-THE AFFINITIES GROUP, an<br>    Oklahoma limited liability company,<br>JOHN DOE COMPANY, a Colorado<br>    corporation,<br><br>       Defendants/Counterclaimants. | Case No. CIV-17-1343-F |

## JOINT STATUS REPORT

Pursuant to the Court's Order Granting Joint Motion to Continue Briefing Deadlines in Order Dated September 13, 2018 [Doc. No. 68], the Parties provide the following biweekly status update to the Court.

Since the last status update [Doc. No. 73], the parties have taken the following steps:

On November 29, 2018, Defendants' counsel completed his review and designation of those materials which the forensic expert segregated as potentially privileged. On that same date, Defendants' counsel emailed the forensic expert and OAA's counsel advising of such completion, suggesting a proper format for the electronic generation of a privilege log, and inviting comment from the expert and OAA regarding the best way to generate such privilege log and reintroduce those matters not designated "privileged" into the pool

of search results.  The forensic expert has not yet responded to such notification.  Plaintiff continues to reserve all rights to challenge any privilege designations made in Defendants' privilege log.

Defendants continue to review the file lists provided to them by counsel.  As noted in the parties' prior report, Defendant O'Neil has completed a preliminary review and notation of the file lists pertaining to his own devices and accounts.  Defendants' counsel will now review O'Neil's designations to finalize a proper "eradication"/"no eradication" list so the same may be provided to Plaintiff under ¶ 11 of the Agreed Eradication Order.  Defendant Torres continues to conduct his preliminary review of the lists pertaining to his devices and accounts.  As noted below, the parties have had success in reaching an agreement that substantially reduces the number of files that will be in dispute on Torres' lists, but review of Torres' lists has also revealed an issue that may require special care and additional time when determining items to designate as improper for eradication.

First, the parties have reached a compromise agreement to eradicate a large portion of files consisting of Defendants' former OAA-account emails.  Summarily, the result of such agreement is that Defendants agree to mass eradication of approximately 30,000+ emails from the Dropbox list involving use of Defendants' former OAA email accounts, plus any duplicate emails that also may be found on other devices (e.g., duplicate emails on Dropbox and Torres' laptop).[1]  Such eradication does not include attachments to such emails, as the Defendants contend there is a greater chance of personal matters not

---

[1] This summary is not intended to and does not memorialize the actual terms of the parties' agreement on this issue.

appropriate for summary eradication being in such attachments, but the agreement nonetheless disposes of a large number of files that otherwise would require significant time to review in detail.

As noted, however, Defendants have identified a problematic issue involving inclusion of the search term "Covenant Insurance." Torres advises that Covenant Insurance is an independent insurance agency; it is a business he formed so he could work as an insurance agent after leaving OAA, it is separate from aggregator Defendant The Affinities Group, LLC ("TAG"),[2] and it continues to operate to this day. Torres advises that the phrase "Covenant Insurance" is in the signature block of emails he and his Covenant Insurance employees send and would have sent. As a result, nearly every email sent to or from Torres involving Covenant Insurance is on his device lists, even though, Torres asserts, Covenant Insurance is not involved in the allegations asserted in this action. Defendant's counsel has reviewed Torres' lists to determine the extent of this "Covenant Insurance" issue; a cursory "eyeball" review indicates that "Covenant Insurance" emails comprise at least 35-50% of the emails on the list for Torres' laptop.

In light of the above issue, Defendants are of the view that emails involving Covenant Insurance should not be included for eradication purposes – they involve the workings of a private business unrelated to the subject matter of this case. The parties tried to negotiate an agreement similar to the "mass eradication" agreement described above,

---

[2] Covenant Insurance is a member agency of TAG, though, just like any other independent insurance agency could be a member of TAG.

where "Covenant Insurance" emails would be <u>omitted</u> from eradication by agreement, but they were unable to reach such an agreement.

It continues to be Plaintiff's position that no further list reductions will be warranted and that the Court should lift its stay order [Doc. No. 62] and require Defendants to complete their review of the file lists within the timeframe imposed by the Agreed Eradication Order [Doc. No. 48 at ¶ 11]. Because of timing concerns cited in earlier status reports, Defendants do not agree lifting the stay is proper at this time, but Defendants also note the Court's recent setting of a December 14, 2018, conference to discuss this issue. Defendants hope to be in a position to advise the Court that they are ready for the stay to be lifted at or shortly after that December 14 conference and are working expeditiously to meet that goal.

Respectfully submitted,

s/ Tyler J. Coble
Tim N. Cheek, OBA # 11257
D. Todd Riddles, OBA # 15143
Gregory D. Winningham, OBA # 22773
Tyler J. Coble, OBA # 30526
CHEEK LAW FIRM, P.L.L.C.
311 North Harvey Avenue
Oklahoma City, Oklahoma 73102
(405) 272-0621 | (405) 232-1707 (fax)
tcheek@cheeklaw.com
triddles@cheeklaw.com
gwinningham@cheeklaw.com
tcoble@cheeklaw.com
**ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIMANTS CHRIS TORRES, DANIEL O'NEIL, AND THE AFFINITIES GROUP, LLC**

s/ Michael A. Furlong
(Signed by filing Attorney with permission of Attorney)
David A. Elder, OBA # 201687
Michael A. Furlong, OBA # 31063
HARTZOG CONGER CASON & NEVILLE
1600 Bank of Oklahoma Plaza
201 Robert S. Kerr Avenue
Oklahoma City, Oklahoma 73102
(405) 235-7000 | (405) 996-3043 (fax)
delder@hartzoglaw.com
mfurlong@hartzoglaw.com
**ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT OKLAHOMA AGENTS ALLIANCE, LLC**