## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OKLAHOMA AGENTS ALLIANCE, LLC,<br>    an Oklahoma limited liability company,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>CHRIS TORRES, an individual,<br>DANIEL O'NEIL, an individual,<br>THE AFFINITIES GROUP, LLC, d/b/a<br>    TAG-THE AFFINITIES GROUP, an<br>    Oklahoma limited liability company,<br>JOHN DOE COMPANY, a Colorado<br>    corporation,<br><br>    Defendants/Counterclaimants. | )<br>)<br>)<br>)<br>)<br>)   Case No. CIV-17-1343-F<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CHANGE OF LAW FIRM NAME AND ADDRESS**

To the clerk of this Court and all parties of record:

    Please note the following change of law firm name and address for the undersigned counsel for Plaintiff/Counterclaim Defendant, Oklahoma Agents Alliance, LLC:  Hartzog Conger Cason & Neville should be changed to Hartzog Conger Cason, and the address should be corrected to:  201 Robert S. Kerr Avenue, Suite 1600, Oklahoma City, OK  73102.

                                              Respectfully Submitted,

                                              s/  Michael A. Furlong
                                              David A. Elder, OBA # 201687
                                              Michael A. Furlong, OBA # 31063
                                              HARTZOG CONGER CASON LLP
                                              201 Robert S. Kerr Avenue, Suite 1600
                                              Oklahoma City, Oklahoma 73102
                                              (405) 235-7000 | (405) 996-3043 (fax)
                                              delder@hartzoglaw.com
                                              mfurlong@hartzoglaw.com
                                              **ATTORNEYS FOR**
                                              **PLAINTIFF/COUNTERCLAIM DEFENDANT**
                                              **OKLAHOMA AGENTS ALLIANCE, LLC**

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 25th day of January, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Filing to the following ECF registrants:

D. Todd Riddles
triddles@cheeklaw.com

Gregory D. Winningham
gwinningham@cheeklaw.com

Tim N. Cheek
tcheek@cheeklaw.com

Tyler J. Coble
tcoble@cheeklaw.com

**ATTORNEYS FOR DEFENDANTS/
COUNTERCLAIMANTS CHRIS TORRES,
THE AFFINITIES GROUP, LLC, &
DANIEL O'NEIL**

                s/ Michael A Furlong
                Michael A. Furlong