IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   May 7, 2019

| | |
|---|---|
| OKLAHOMA AGENTS ALLIANCE, LLC, an Oklahoma limited liability company, ) ) ) | |
| Plaintiff, ) ) | |
| -vs- ) ) | Case No. CIV-17-1343-F |
| CHRIS TORRES, an individual, et al., ) ) | |
| Defendants. ) | |

ENTER ORDER:

The court has carefully considered the Joint Motion for Order Concerning Production of Cell Phone Records (doc. no. 87), filed on May 6, 2019, and the contentions set forth therein.

The court rules as follows:

1. Defendants' position prevails as to issue no. 1 (cell site locations or GPS information).
2. Plaintiff's position prevails as to issue no. 2 (first names).
3. Plaintiff's position prevails as to issue no. 3 ("Member Agreement" and "Confidentiality Agreement").
4. Plaintiff's position prevails as to issue no. 4 ("Cole Richardson" and "Michael O'Neil").  This will include first and last names.

The court applauds the efficient and effective way that this matter was jointly presented to the court.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

Carmelita Reeder Shinn, Clerk


By:_____s/ Lori Gray_____
Deputy Clerk

cc:    all parties

17-1343p023.docx