# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| OKLAHOMA AGENTS ALLIANCE, LLC, an Oklahoma limited liability company, | ) ) ) | |
| Plaintiff/Counterclaim Defendant, | ) ) ) ) | |
| v. | ) ) | Case No. CIV-17-1343-F |
| CHRIS TORRES, an individual, DANIEL O'NEIL, an individual, THE AFFINITIES GROUP, LLC, d/b/a TAG-THE AFFINITIES GROUP, an Oklahoma limited liability company, JOHN DOE COMPANY, a Colorado corporation, | ) ) ) ) ) ) ) ) | |
| Defendants/Counterclaimants. | ) | |

## AMENDED NOTICE OF SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

TO:   Chris Torres, Daniel O'Neil, and The Affinities Group, LLC.

By agreement of counsel, please take notice that Plaintiff Oklahoma Agents Alliance, LLC, will serve the attached subpoena to testify at a deposition upon nonparty Chris LeBlanc immediately upon the filing thereof.

August 26, 2019.

Respectfully submitted,

s/ Michael P. Whaley
David A. Elder, OBA # 20687
Michael A. Furlong, OBA # 31063
Michael P. Whaley, OBA # 33640
HARTZOG CONGER CASON LLP
201 Robert S. Kerr Avenue
Suite 1600
Oklahoma City, Oklahoma 73102
(405) 235-7000 | (405) 996-3043 (fax)
delder@hartzoglaw.com
mfurlong@hartzoglaw.com
mwhaley@hartzoglaw.com
**ATTORNEYS FOR PLAINTIFF OKLAHOMA AGENTS ALLIANCE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2019, I electronically transmitted the foregoing document to the Clerk of the Court for filing. According to current records, the Court Clerk will transmit a Notice of Electronic Filling to the following ECF Registrants:

D. Todd Riddles
triddles@cheeklaw.com

Gregory D. Winningham
gwinningham@cheeklaw.com

Tim N. Cheek
tcheek@cheeklaw.com

Tyler J. Coble
tcoble@cheeklaw.com

**ATTORNEYS FOR DEFENDANTS/ COUNTERCLAIMANTS CHRIS TORRES DANIEL O'NEIL AND THE AFFINITIES GROUP, LLC**

s/ Michael P. Whaley
Michael P. Whaley